**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  February 2, 2010
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-00039-RPM

ASSOCIATED CONTENT, INC.,                              Michael J. Carrigan

        Plaintiff,

v.

BRIAN ADAMS,                                           No appearance

        Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Temporary Restraining Order**

**9:30 a.m.       Court in session.**

Ian O'Neill and Craig Abruzzo present for plaintiff.

Court's preliminary remarks.

9:31 a.m.        Mr. Carrigan answers questions asked by the Court regarding communications with the defendant and plaintiff's business / proprietary information.

Mr. Carrigan states he was notified by defendant's cousin, a patent attorney Lance Venable, informing him that he will be assisting Mr. Adams in this matter.

Mr. Carrigan further states that plaintiff is seeking 1. Bar defendant access to website.  2. Prohibit distribution of intellectual property.  3. Prohibit destroying or damaging documents.  4. Prohibit defendant from assisting, aiding or abetting anyone else from accessing the website.  5. Selling the Guide.

Discussion regarding terms of proposed order and scheduling.

**ORDERED:**   Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, filed 1/26/2010 [5], is granted with respect to the TRO.  $1,000.00 cash bond imposed.
Counsel shall submit a revised proposed order as discussed on record.
Preliminary Injunction hearing scheduled 2/12/10 at 3:00 p.m.

**9:55 a.m. Court in recess.**

Hearing concluded.  Total time: 25 min.